UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DENNIS THRASHER** | **CIVIL ACTION NO. 15-2701** |
|     **LA. DOC #392684** | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EAST CARROLL PARISH** | |
| **SHERIFF'S DEPT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§1915 and 1915A.

The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**MONROE, LOUISIANA,** this 24th day of March, 2016.

                                                                  **ROBERT G. JAMES**
                                                         **UNITED STATES DISTRICT JUDGE**